UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. JACKSON,           )<br>                              )<br>       Petitioner,             )<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES PAROLE COMMISSION )<br>and WARDEN JACK FOX,          )<br>                              )<br>       Respondents.           )<br>_____ ) | CASE NO. C13-2180-RSL-MAT<br><br>ORDER TO SEAL |

This is a federal habeas action proceeding under 28 U.S.C. § 2241.  This matter comes before the Court at the present time on the Government's motion to seal the presentence reports in *United States v. Michael Edward* Jackson, CR87-226C, and in *United States v. Michael E. Jackson*, CR97-19C, which were submitted to the Court in conjunction with the Government's return to petitioner's federal habeas petition.  The Court, having reviewed the Government's motion, and the balance of the record, hereby ORDERS as follows:

(1)     The Government's motion to seal (Dkt. 11) is GRANTED.  The presentence reports shall remain under seal in accordance with CrR 32(d)(5).

(2)     The Clerk shall send copies of this Order to petitioner, to counsel for the

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD -1

01 Government, and to the Honorable Robert S. Lasnik.

02        DATED this 14th day of March, 2014.

                                      _____
                                      Mary Alice Theiler
                                      Chief United States Magistrate Judge

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD -2