UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. JACKSON, ) | |
| ) | CASE NO. C13-2180-RSL-MAT |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER DIRECTING GOVERNMENT |
| UNITED STATES PAROLE COMMISSION ) | TO SUPPLEMENT THE RECORD |
| and WARDEN JACK FOX, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

This is a federal habeas action proceeding under 28 U.S.C. § 2241.  On January 21, 2014, the Government filed a return to petitioner's federal habeas petition.  In conjunction with the return, counsel for the Government submitted a declaration which referenced a sentence computation document produced by the Federal Bureau of Prisons.  While the declaration indicated that the sentence computation document was attached to the declaration, no such document appears in the record.  Accordingly, the Court hereby ORDERS as follows:

(1) The Government shall file and serve a copy of the sentence computation document referenced by counsel in her declaration not later than *March 21, 2014*.  This matter is RE-NOTED on the Court's calendar for consideration on that date.

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD -1

(2) The Clerk shall send copies of this Order to petitioner, to counsel for the Government, and to the Honorable Robert S. Lasnik.

DATED this 14th day of March, 2014.

*Mary Alice Theiler*
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD -2