UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. JACKSON, | ) |
| | ) CASE NO. C13-2180-RSL |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER DISMISSING FEDERAL |
| | ) HABEAS PETITION |
| UNITED STATES PAROLE COMMISSION, et al. | ) |
| | ) |
| Respondents. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the government's return, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, petitioner's objections to Magistrate's Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 3), and this action, are DISMISSED with prejudice; and

(3) The Clerk shall send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 22nd day of May, 2014.

*MW S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION
PAGE -1